**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Joseph M. Desris Jr.　　　　　　　　　　CHAPTER 13
　　　　　　　　　Debtor(s)
　　　　　　　　　　　　　　　　　　　　　　　BKY. NO. 17-15627 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of KeyBank, NA, s/b/m First Niagara Bank, NA and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ *Rebecca Solarz*
　　　　　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　　　　　23 Mar 2021, 13:48:34, EDT

　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 627-1322