United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Joseph M. Desris, Jr.  
      Debtor

Case No. 17-15627-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: May 25, 2022      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph M. Desris, Jr., 713 E. Broad Street, Quakertown, PA 18951-1715 |
| 13970256 | + | Alissa Desris, 713 E. Broad Street, Quakertown, PA 18951-1715 |
| 13970261 | + | Financial Recoveries, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 14031890 | + | KeyBank N.A., as S/B/M to First Niagara Bank, NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 14592954 | + | KeyBank, NA, s/b/m First Niagara Bank, NA, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13970263 | + | Keybank Na, 6950 S Transit Rd, Lockport, NY 14094-6333 |
| 13970264 | + | Qnb Bank, PO Box 9005, Quakertown, PA 18951-9005 |
| 14061012 | + | Quakertown National Bank, PO Box 9005, Quakertown, PA 18951-9005 |
| 14666108 | + | Scott D. Fink, Esq., c/o Keybank, N.A., 965 Keynote Circle, Cleveland OH 44131-1829 |
| 13970265 | + | Univest Bank and Trust Co., 14 N. Main Street, Souderton, PA 18964-1713 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 26 2022 00:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 26 2022 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13970257 | | Email/Text: ebn@americollect.com | May 26 2022 00:03:00 | Americollect Inc, Po Box 1566, 1851 S Alverno Rd, Manitowoc, WI 54221 |
| 13973485 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2022 00:03:00 | Americredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 13993584 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2022 00:03:00 | AmeriCredit Financial Services, Inc., A/C dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 13970259 | | Email/Text: collectors@arresourcesinc.com | May 26 2022 00:03:00 | Ar Resources Inc, Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 13970258 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 26 2022 00:03:00 | AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 13970260 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | May 26 2022 00:03:00 | Berks Credit & Collections, Po Box 329, Temple, PA 19560-0329 |
| 13970262 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 26 2022 00:03:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14016580 | | Email/PDF: resurgentbknotifications@resurgent.com | May 26 2022 00:11:56 | LVNV Funding, LLC its successors and assigns as, assignee of Springleaf Financial, Services Of Indiana, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14008970 | | Email/PDF: ebn_ais@aisinfo.com | May 26 2022 00:11:58 | Verizon, by American InfoSource LP as agent, PO |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 25, 2022 | Form ID: pdf900 | Total Noticed: 21 |

Box 248838, Oklahoma City, OK 73124-8838

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | AmeriCredit Financial Services, Inc. A/C dba GM Fi |
| cr | | KeyBank N.A. s/b/m to First Niagara Bank NA |
| 13973486 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Joseph M. Desris Jr. msbankruptcy@gmail.com, schwartzmr87357@notify.bestcase.com |
| NATHALIE PAUL | on behalf of Creditor KeyBank N.A. npaul@weltman.com, pitecf@weltman.com |
| REBECCA ANN SOLARZ | on behalf of Creditor KeyBank NA, s/b/m First Niagara Bank, NA bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT DAVID FINK | on behalf of Creditor KeyBank N.A. sfink@weltman.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> JOSEPH M DESRIS JR | **Chapter 13** |
| Debtor | Bankruptcy No. 17-15627-AMC |

# **O R D E R**

      **AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

      **IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Dated: May 24, 2022

                                                                         Honorable Ashely M. Chan
                                                                        Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA  19107

Debtor's Attorney:
MICHAEL SCHWARTZ
707 LAKESIDE OFFICE PARK
STREET AND STUMP ROADS
SOUTHAMPTON, PA 18966-


Debtor:
JOSEPH M DESRIS JR

713 E. BROAD STREET

QUAKERTOWN, PA 18951